IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THYRONE CONNOR,

     Plaintiff,                     No. 2:13-cv-1108 KJN P

    vs.

STATE OF CA,

     Defendant.               ORDER

_____/

By order filed June 11, 2013, plaintiff was informed that this court cannot issue orders granting or denying relief until an action has been properly commenced. On June 19, 2013, plaintiff filed a letter in response, stating that he is not a lawyer, and does not want to litigate. Plaintiff asked the court to investigate and find out the names of the people who manage "the money that's coming to [his] case." (ECF No. 4 at 1.) Plaintiff appears to claim that someone is robbing money intended for his "welfare," or that the "state local government" is robbing the "poor of their welfare." (ECF No. 4 at 1-2.) Plaintiff claims that he wrote federal court because the court has "the power to investigate [plaintiff's] complaint letter . . . and [to] make the state pay [plaintiff's] money back." (ECF No. 4 at 1.)[1]

---

[1] If plaintiff was receiving welfare benefits prior to his incarceration, some states have passed laws forbidding payment of welfare benefits to incarcerated persons on the theory that the

1

1    However, plaintiff is mistaken.  Federal courts are not authorized to investigate the claims
2 of an individual.  Rather, federal courts' jurisdiction is predicated on a specific case or
3 controversy.
4    In light of plaintiff's letter, it appears that plaintiff did not intend to open a federal court
5 action, and this court does not have the authority to assist plaintiff in the manner he wishes.
6 Thus, the Clerk of the Court is directed to terminate this case.
7    In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court
8 shall terminate this case.
9 DATED: July 1, 2013

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

conn1108.term

---

state prison is covering that person's basic needs.  Plaintiff may write to the agency who previously provided plaintiff with funds to inquire as to the status of his benefits.