UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THYRONE CONNOR,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CA,<br><br>    Defendant. | No. 2:13-cv-1108 KJN P<br><br><br>ORDER |

    On July 2, 2013, this action was dismissed based on plaintiff's failure to file a complaint. On July 15, 2013, plaintiff filed a motion for reconsideration of the July 2, 2013 order. However, plaintiff did not file a complaint. On June 11, 2013, plaintiff was informed that in order to commence an action he was required to file a complaint. Plaintiff was also provided with the civil rights complaint form. Because plaintiff has not filed a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, this action cannot proceed.

    Thus, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (ECF No. 7) is denied.

Dated: August 22, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/conn1108.rec

1