UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THYRONE CONNOR, | No. 2:13-cv-1108 KJN P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CA, | |
| Defendant. | |

On September 6, 2013, plaintiff filed a letter. This civil rights action was closed on July 2, 2013. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: September 17, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

conn1108.58